FILED
HARRISBURG, PA

FEB 2 7 2019

per _____
Deputy Clerk

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | NO. 1:19-CR- 67 |
|---|---|---|
| v. | ) | (JUDGE Mannion) |
| LEOVIJILDO MITRA-HERNANDEZ | ) | (electronically filed) |

INDICTMENT

THE GRAND JURY CHARGES:

COUNT I
(Illegal Reentry)

On or about December 18, 2018, in York County, Pennsylvania, within the Middle District of Pennsylvania, and elsewhere, the defendant,

LEOVIJILDO MITRA-HERNANDEZ,

an alien, was found in the United States after having been removed on or about July 30, 2008, through Brownsville, Texas, without first having obtained permission to re-enter the United States as required by law.

All in violation of Title 8, United States Code, Section 1326(a), and Title 6, United States Code, Sections 202(3) and (4) and 557.

A TRUE BILL

[signature redacted]
FOREPERSON, GRAND JURY

DAVID J. FREED
UNITED STATES ATTORNEY

2/27/19
DATE

*James F Clancy* (signature)
JAMES T. CLANCY
ASSISTANT U.S. ATTORNEY