# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. 1:CR-19-67 |
| v. | : | (JUDGE MANNION) |
| LEOVIJILDO MITRA-HERNANDEZ, | : | |
| | : | |
| Defendant | : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

the defendant's Amended Motion to Suppress Identity-Related Evidence and Statements Pursuant to the Fourth and Fifth Amendments to the United States Constitution, **(Doc. 19)**, is **DENIED**.

*s/Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: December 17, 2019**
19-67-01-ORDER.wpd